# United States District Court
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:22-CR-00308-S |
| | § | |
| DEMONTRE BRADLEY (1) | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

  After reviewing all relevant matters of record, including Defendant's consent to proceed before the United States Magistrate Judge and to conduct the guilty plea pursuant to Rule 11 of the Federal Rules of Criminal Procedure [21], and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and no objections thereto having been filed within 14 days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty, and **DEMONTRE BRADLEY (1)** is hereby adjudged guilty of **18 U.S.C. §§ 922(g)(1) and 942(a)(2), Possession of a Firearm by a Convicted Felon**. Sentence will be imposed in accordance with the Court's Scheduling Order.

  The Defendant is ordered to remain in custody.

  **SO ORDERED.**

  SIGNED December 23, 2022.

                  _____
                  KAREN GREN SCHOLER
                  UNITED STATES DISTRICT JUDGE